UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00377-MOC

| | |
|---|---|
| **JUAVON HENDRIX,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **NANCY A. BERRYHILL, Acting Commissioner** of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on Paul B. Eaglin's Motion for Admission *Pro Hac Vice* of Clifford M. Farrell. It appearing that Mr. Eaglin is a member in good standing with the Bar of this court and that Mr. Farrell is a member in good standing with the Bar of the States of Ohio, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on Paul B. Eaglin's Motion for Admission *Pro Hac Vice* of Clifford M. Farrell is GRANTED, and Mr. Farrell is admitted to practice before the Bar of this court in this particular case, *pro hac vice*, as counsel for plaintiff.

Signed: July 5, 2017



Max O. Cogburn Jr.
United States District Judge