UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-377

| | |
|---|---|
| **JUAVON HENDRIX,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **NANCY A. BERRYHILL,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on defendant's Motion for Extension of Time Nunc Pro Tunc (#18) and Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#19). The Court notes that plaintiff, who previously filed a Motion for Summary Judgment (#13) before this court seeking remand, consents to the reversal and remand requested by defendant. Having considered defendant's motions and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Extension of Time Nunc Pro Tunc (#18) and Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#19) are **GRANTED,** the final decision of the Commissioner is **REVERESED** and this matter is **REMANDED** for further proceedings consistent with those outlined in the consent motion. Plaintiff's Motion for Summary Judgment (#13) is **TERMINATED** as moot.

Signed: February 23, 2018



Max O. Cogburn Jr
United States District Judge